JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 8:19-CV-00902-AG-DFM |
| Plaintiff, | ~~[proposed]~~ **Judgment** (re: Default Judgment) |
| v. | |
| **Raul Perez Balbas**; **Maria Perez**; and Does 1-10, | |
| Defendants. | |

1

1     Upon review of the court files, the application for default judgment,

2 the declarations submitted in support of the default judgment, and the

3 evidence presented having been fully considered, it is hereby ordered and

4 adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in

5 the amount of $~~9,195.00~~ against defendants Raul Perez Balbas and Maria

6 Perez.    $ 7,730.00

7     Additionally, defendants Raul Perez Balbas and Maria Perez are

8 ordered to provide van-accessible parking, accessible restroom facilities and

9 accessible dining surfaces at the property located at 1403 E. First Street,

10 Santa Ana, California, in compliance with the Americans with Disabilities Act

11 Accessibility Standards.

12

13 Dated: 10/7/9   By: _____

14        United States District Judge

15

16 Presented by:

17 Dennis Price, Esq.

18 858-375-7385

19 dennisp@potterhandy.com

Attorney for Plaintiff

20

21

22

23

24

25

26

27

28